O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 11-08470 AHM*<br>CV 11-09120 AHM<br>CV 11-09216 AHM<br>CV 12-00545 AHM | Date | January 30, 2012 |
|---|---|---|---|
| Title | In Re: Georges Marciano | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

It is apparent that these four actions are overlapping at best. In any event, the lawyers on both sides are the same in every case. Accordingly the Court orders the parties in each of the above actions to meet and confer and file a Joint Status Report as to the status of each of these cases and their relationships to each other. The Court wants to know why there are four cases; whether ruling in one case could moot the need to rule in another; why each case has been filed as a separate matter before the Court; and any other information that will enable this Court to figure out how to manage these cases efficiently and fairly. The Joint Status Report is to be filed by no later than Wednesday, February 8, 2012.

IT IS SO ORDERED.

:

Initials of Preparer   SMO

cc: Bankruptcy Court