O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-8470 AHM* <br> CV 11-9120 AHM <br> CV 11-9216 AHM <br> CV 12-0545 AHM <br> CV 12-1284 AHM <br> CV 12-1887 AHM <br> CV 12-2601 AHM <br> CV 12-2890 AHM <br> CV 12-2978 AHM | Date | June 29, 2012 |
|---|---|---|---|
| Title | In Re: Georges Marciano | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

On January 30, 2012, the Court ordered the parties in the four then-pending appeals to file a Joint Status Report as to the status of each of the four appeals and their relationships to each other. The Court instructed the parties to explain whether a ruling in one case could moot the need to rule in another.

There are now nine pending appeals. Accordingly, the Court ORDERS the parties in each of the above actions to meet and confer and file a Joint Status Report by no later than Monday, July 9, 2012. The status report shall address the following questions:
(1) What are the relationships between each of these nine appeals?
(2) Will a ruling in one case moot the need to rule in another case or affect the ruling in another case? In other words, the parties should propose a logical sequence for the resolution of these appeals.
(3) Are any of the appeals that were previously stayed still stayed?
(4) Which of these appeals are fully briefed and ready for review?
(5) What future appeals are contemplated?

                                                                                                  :
                                           Initials of Preparer         SMO