O

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**\*\*AMENDED\*\***
**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-8470 AHM<br>USBC Case No. 1:11-bc-10426-VK | Date | July 26, 2012 |
|---|---|---|---|
| Title | In Re: Georges Marciano | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

   The Debtor-Appellant appeals Judge Kaufman's Order (Dkt. 318) denying his motion to remove David Gottlieb, the Chapter 11 trustee, in this involuntary bankruptcy proceeding. Judge Kaufman's denial of that motion is an interlocutory order, not a final order. *In re SK Foods L.P.*, 676 F.3d 798, 802 (9th Cir. 2012). The same is true of Judge Kaufman's order (Dkt. 320) denying appellant's motion to disqualify the Trustee's counsel. *Id.*

   Pursuant to 28 U.S.C. § 158(a), a district court has jurisdiction to hear appeals from interlocutory orders "with leave of the court." Under Section 158(a), a district court's exercise of jurisdiction over an appeal of an interlocutory order is discretionary. This Court declines to grant such leave and therefore dismisses the appeals from these orders for lack of jurisdiction.

   IT IS SO ORDERED.


cc: Bankruptcy Court

                                                                                      : 

                                                    Initials of Preparer          SMO

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

**\*\*AMENDED\*\***
**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-8470 AHM<br>USBC Case No. 1:11-bc-10426-VK | Date | July 26, 2012 |
|---|---|---|---|
| Title | In Re: Georges Marciano | | |